*Stephen Aldrich v. Aaron Putney.* J. TAYLOR, for appellant; A. WORDEN, for respondent. Decree appealed from affirmed with costs.